IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| COMPREHENSIVE HEALTH OF PLANNED PARENTHOOD GREAT PLAINS, et al., | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) Case No. 17-04207-CV-C-GAF |
| RANDALL W. WILLAMS, M.D., et al., | ) |
| Defendants. | ) |

## ORDER OF RECUSAL

The undersigned hereby recuses himself from any further involvement in this case. The Clerk of Court is directed to randomly reassign this case to another judge for all further proceedings.

IT IS SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: October 31, 2017