

Planned Parenthood Federation of America

**Public Policy Litigation and Law**
1110 Vermont Ave., NW, Suite 300
Washington, DC 20005
p: 202.937.4800 • f: 202.296.3480
www.plannedparenthood.org

October 9, 2018

**VIA CM/ECF**

Hon. Beth Phillips
U.S. District Court of the Western District of Missouri
Christopher S. Bond Court House
80 Lafayette Street
Jefferson City, MO 65101

      Re:   *Comprehensive Health of Planned Parenthood Great Plains et al. v. Williams et al.*, No. 2:17-cv-04207-BP

Dear Judge Phillips:

As the Court is aware, on August 8, 2018, this Court stayed this case and all discovery deadlines pending further order of the Court "at least until [*Comprehensive Health of Planned Parenthood v. Hawley*, No. 17-1996 (8th Cir.)] is decided" by the Eighth Circuit. ECF No. 141, at 3. The Eighth Circuit rendered its decision in *Hawley* on September 10, 2018, vacating the district court's preliminary injunction. *See Comprehensive Health of Planned Parenthood Great Plains v. Hawley*, No. 17-1996, 2018 WL 4288362 (8th Cir. Sept. 10, 2018). The mandate issued 21-days later on October 1, 2018. *See* Mandate, *Comprehensive Health of Planned Parenthood Great Plains v. Williams*, No. 2:16-cv-04313-BCW, ECF No. 146 (Oct. 1, 2018).

On September 19, 2018, Comprehensive Health of Planned Parenthood Great Plains moved for a second temporary restraining order and/or preliminary injunction, requesting an injunction against the privileges restriction as applied to its Columbia health Center. *See* No. 2:16-cv-04313-BCW, ECF No. 132 (Sept. 19, 2018). On October 3, the Court denied that request without prejudice pending completion of the Columbia health center's abortion facility license renewal process, as that license expired on October 2, 2018. *See* Order, No. 2:16-cv-04313-BCW, ECF No. 147 (Oct. 3, 2018). The Court granted leave "to reassert the motion at such time as DHSS determines the

Columbia health center is compliant with all other requirements for licensure, with the exclusion of the Privileges Requirement." *Id.* at 5. Comprehensive Health of Planned Parenthood Great Plains is awaiting further action by DHSS regarding the Columbia health center's license before again seeking appropriate relief.

Plaintiffs believe that the case should remain stayed until, at least, Plaintiffs have the opportunity to complete the license renewal process and ascertain whether they will be able to resume surgical abortion services at the Columbia health center.

        Sincerely,

        /s/ Richard Muniz
        Richard Muniz
        Counsel for Plaintiffs

Cc:
    All counsel of record via CM/ECF