IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| COMPREHENSIVE HEALTH OF PLANNED PARENTHOOD GREAT PLAINS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 17-04207-CV-C-BP |
| RANDALL W. WILLIAMS, M.D., *et al.*, | ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS WITHOUT PREJUDICE

With Defendants' consent, Plaintiffs' Motion to Dismiss, (Doc. 149), is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/ Beth Phillips
　　　　　　　　　　　　　　　　　　　　　　BETH PHILLIPS, CHIEF JUDGE
Date:　August 19, 2019　　　　　　　　　　　UNITED STATES DISTRICT COURT