IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

COMPREHENSIVE HEALTH OF PLANNED )
PARENTHOOD GREAT PLAINS, *et al.*, )
                                        )
                 Plaintiffs, )
     v.                           )      No. 17-04207-CV-C-BP
                                        )
RANDALL W. WILLIAMS, M.D., *et al.*, )
                                        )
                Defendants. )

## JUDGMENT IN A CIVIL CASE

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_X\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

      ORDER with Defendants' consent, Plaintiffs' Motion to Dismiss, (Doc. 149), is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE.**

Dated : 8/19/2019

/s/Paige Wymore-Wynn
Clerk of Court

/s/ Kelly McIlvain
Deputy Clerk